IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE SPICUZZO and CHARLES SPICUZZO | : | Civil No. 1:17-CV-0975 |
| Plaintiffs, | : | |
| v. | : | |
| HERSHEY ENTERTAINMENT & RESORTS COMPANY trading as HERSHEYPARK | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion *in limine* to exclude expert testimony (Doc. 13) is **DENIED**.

                                                                            s/Sylvia H. Rambo
                                                                            SYLVIA H. RAMBO
                                                                             United States District Judge

Dated: June 12, 2018