IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENISE SPICUZZO,** | : | Civil No. 1:17-cv-0975 |
| **Plaintiff,** | : | |
| v. | : | |
| **HERSHEY ENTERTAINMENT & RESORTS COMPANY trading as HERSHEYPARK** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

FILED
JUL 2 4 2018
PER _____
HARRISBURG, PA  DEPUTY CLERK

# VERDICT FORM

1. Was Hershey Entertainment & Resorts Company negligent?

   Yes __X__          No _____

*If you answered YES, proceed to Question 2. If you answered NO, sign and date this form and advise the Clerk that you have reached a verdict.*

2. Was the negligence of Hershey Entertainment & Resorts Company a factual cause of any harm to the Plaintiff?

   Yes __X__          No _____

*If you answered YES, proceed to Question 3. If you answered NO, sign and date this form and advise the Clerk that you have reached a verdict.*

3. Was Denise Spicuzzo negligent?

Yes  X          No _____

*If you answered YES, proceed to Question 4. If you answered NO, proceed to Question 6.*


4. Was the negligence of Denise Spicuzzo a factual cause of any harm to the Plaintiff?

Yes  X          No _____

*If you answered YES, proceed to Question 5. If you answered NO, proceed to Question 6.*


5. Taking the combined negligence that was a factual cause of any harm to the Plaintiff as 100%, what percentage of that negligence do you attribute to each party?

    Hershey Entertainment & Resorts Co.     40 %
    (*Answer only if you have answered YES to Questions 1 and 2*)

    Denise Spicuzzo     60 %
    (*Answer only if you have answered YES to Questions 3 and 4*)

    Total     100 %

*If Denise Spicuzzo's percentage is less than 50%, proceed to Question 6. If Denise Spicuzzo's percentage is greater than 50%, sign and date this form and advise the Clerk that you have reached a verdict.*

6. State the amount of damages sustained by Denise Spicuzzo as a result of the incident for past, present, and future pain and suffering, loss of enjoyment of life and disfigurement. Do not reduce the amount of damages by the percentage of causal negligence, if any, that you have attributed to Denise Spicuzzo. Do not consider any medical expenses in your verdict.

$ _____

*Please sign and date this form and advise the Clerk that you have reached a verdict.*

_____
(Foreperson)

Dated: July 24, 2018

3